1  EAGAN AVENATTI, LLP
   Michael Q. Eagan, Bar No. 63479
2  Michael J. Avenatti, Bar No. 206929
   450 Newport Center Drive, Second Floor
3  Newport Beach, CA 92660
   Tel:   (949) 706-7000
4  Fax:   (949) 706-7050

5  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PATRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWER BALANCE LLC,<br><br>Defendant. | Case No. 4:11-cv-01202-LB<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER RE: SECOND JOINT STIPULATION TO EXTEND TIME<br><br>Complaint Filed:   March, 11 2011<br>Trial Date:        None set |

C 11-1202 LB                    [PROPOSED] ORDER

1  **[PROPOSED] ORDER**

2  On April 25, 2011 Judge Cormac J. Carney granted preliminary approval of a proposed
3  nationwide class settlement in the action *Batungbacal v. Power Balance LLC*, et al., No. SACV11-
4  00018 (C.D. Cal. 2011). Based on the stipulation of the parties and good cause appearing, it is hereby
5  ORDERED Defendant shall have until May 16, 2011 to file an answer or respond to the Complaint in
6  this action by motion or otherwise. The purpose of the extension is to allow the parties additional time
7  to meet and confer regarding how this action should proceed in light of the pending settlement
8  proceedings in the *Batungbacal* Action. This Order is made without prejudice to the parties to seek
9  further additional time or other relief if necessary.

DATED: __May 6____, 2011

_____
Laurel Beeler
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*

C 11-1202 LB

1
**[PROPOSED] ORDER**