IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                                           No. C 11-01202 SI

POWER BALANCE, LLC,                      **ORDER**

            Defendant.

        The Court has reviewed defendant's notice of pending chapter 11 Bankruptcy filed on November 22, 2011.

        This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures,</u> Chapter V of Volume XI, for statistical closing.

        THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated: 11/28/11

SUSAN ILLSTON
United States District Judge